PROB 12C
(6/16)

Report Date: June 2, 2025

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2025

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| Name of Offender: Zack Jay Judge | Case Number: 0980 2:25CR00090-TOR-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ | Spokane Valley, Washington 99206 |

Name of Sentencing Judicial Officer:  The Honorable David C. Nye, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: April 16, 2024

| | |
|---|---|
| Original Offense: | Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) and (b)(1)(c) |
| Original Sentence: | Prison - 27 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorneys Office |
| | Date Supervision Commenced: April 25, 2025 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: April 24, 2028 |

## PETITIONING THE COURT

To issue a warrant.

On April 28, 2025, the probation officer reviewed the conditions of supervised release with the offender and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the probation officer on May 27, 2025.<br><br>On May 21, 2025, the probation officer instructed the offender to report to the U.S. Probation Office on May 27, 2025.  He was also reminded of this appointment on May 22, 2025, when he reported to the U.S. Probation Office to have a sweat patch applied.<br><br>Mr. Judge failed to report to the U.S. Probation Office on May 27, 2025, as instructed. |

Prob12C
**Re: Judge, Zack Jay**
**June 2, 2025**
**Page 2**

| | | |
|---|---|---|
| 2 | **Special Condition # 3**: The defendant shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay. | |

**Supporting Evidence**: The offender is alleged to have violated special condition number 3, by failing to participate in a substance abuse evaluation on May 27, 2025.

Mr. Judge was scheduled to participate in a substance abuse evaluation at Pioneer Human Services (PHS) on May 27, 2025, at 2 p.m. According to PHS, he reported approximately 1 hour early for his appointment and he was told to return at his scheduled appointment time. Mr. Judge proceeded to report approximately 40 minutes late for the appointment. Due to his tardiness, the evaluation could not be completed and it was rescheduled for May 29, 2025.

3    **Special Condition # 3**: The defendant shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.

**Supporting Evidence**: The offender is alleged to have violated special condition number 3, by failing to participate in a substance abuse evaluation on May 29, 2025.

The probation officer received email correspondence from PHS indicating the offender failed to report for his scheduled substance abuse assessment on May 29, 2025.

4    **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the probation office on May 29, 2025.

On May 28, 2025, the probation officer instructed the offender to report to the U.S. Probation Office on May 29, 2025, following his scheduled substance abuse evaluation at PHS.

Mr. Judge failed to report to the U.S. Probation Office on May 29, 2025, as instructed.

5    **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the probation officer on May 30, 2025.

On May 29, 2025, the probation officer instructed the offender to report to the U.S. Probation Office on May 30, 2025.

Mr. Judge failed to report to the U.S. Probation Office on May 30, 2025, as instructed.

Prob12C
Re: Judge, Zack Jay
June 2, 2025
Page 3

      6      **Special Condition # 10**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

            **Supporting Evidence:** The offender is alleged to have violated special condition number 10, by failing to submit to sweat patch testing.

            On May 22, 2025, a sweat patch was applied on the offender due to his failure to produce valid urine specimens. He has since failed to report to the U.S. Probation Office to have the sweat patch removed. As such, the probation officer has been unable to verify via sweat patch testing whether the offender has resorted to the use of illicit substances.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 2, 2025

s/ Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Thomas O. Rice
United States District Judge

June 2, 2025
Date