PROB 12C
(6/16)

Report Date: October 20, 2025

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2025

SEAN F. MCAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Zack Jay Judge          Case Number: 0980 2:25CR00090-TOR-1

Address of Offender: ███████████████  Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: April 16, 2024

Original Offense:          Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) and (b)(1)(c)

Original Sentence:         Prison - 27 months          Type of Supervision: Supervised Release
                           TSR - 36 months

Revocation Sentence:       Prison - 2 months
                           TSR - 34 months

Asst. U.S. Attorney:       David Michael Herzog        Date Supervision Commenced: August 7, 2025

Defense Attorney:          Justin Lonergan             Date Supervision Expires: June 6, 2028

---

### PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violations(s) previously reported to the Court on September 15 and October 1, 2025.

On August 7, 2025, the probation officer reviewed the conditions of supervised release with the offender and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
|  | **Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Resisting Arrest, in violation of R.C.W. 9A.76.040, on or about October 15, 2025. |
|  | On or about October 15, 2025, deputies with the U.S. Marshals Service (USMS) arrived at the offender's residence to execute his outstanding federal warrant. When deputies arrived, they observed the offender returning to his residence and going through a gate to the backyard.  Prior to attempting to make contact with the offender, deputies positioned their vehicles next to the house with their emergency lights activated.  The deputies announced their presence and they were clearly identifiable as law enforcement, as they were wearing |

**Prob12C**
**Re: Judge, Zack Jay**
**October 20, 2025**
**Page 2**

duty gear, visible placards and a badges.   As deputies attempted to make contact with him, Mr. Judge was observed jumping over the fence in the backyard and running north away from the residence.  Based on the observations of USMS personnel, it is believed the offender may have jumped multiple fences and ran through multiple yards while fleeing from them.  After several minutes, Mr. Judge was located lying in the dark next to a house that is located two houses north from his residence.  Thereafter, Mr. Judge was retrained and placed in handcuffs.  While detained, Mr. Judge began yelling loudly and accusing deputies of sexual assault.

Subsequently, Mr. Judge was transported to the Spokane County Jail where he was evaluated by jail medical staff.  Jail staff determined that they could not keep him in custody due to his swollen wrist and hand.  The USMS was advised that Mr. Judge would have to be medically treated at the hospital before he could be accepted into the jail.  Due to USMS staffing, it was not feasible for a deputy to sit with Mr. Judge at the hospital.  As such, he was released from custody.

6          **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2, by possessing a controlled substance, methamphetamine, on or about October 15, 2025.

As noted in violation number 5, on October 15, 2025, Mr. Judge was arrested by the USMS on his outstanding federal warrant.  During the search incident to arrest, a small plastic bag with a white crystal substance was located in the right front pocket of his pants.  This item was seized and placed in a secured locker in USMS custody.

The above-referenced substance was later tested and it was presumptive positive for methamphetamine.

7          **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the U.S. Probation Office on October 16, 2025.

Following his release from custody on or about October 15, 2025, the USMS instructed Mr. Judge multiple times to report to the U.S. Probation Office the following morning.

Mr. Judge failed to report to the U.S. Probation Office on October 16, 2025.  He did contact the undersigned via phone on that date and stated that he came to the U.S. Courthouse that day, but did not enter the building because he was unsure if this officer was there.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

Prob12C
**Re: Judge, Zack Jay**
**October 20, 2025**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 20, 2025
_____

s/ Lori Cross
_____

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

October 20, 2025
_____

Date