PROB 12C  
(6/16)

ECF No. 33  
Report Date: October 22, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Zack Jay Judge | Case Number: 0980 2:25CR00090-TOR-1 |
| Address of Offender: ▆▆▆▆▆▆▆▆▆▆ Spokane Valley, Washington 99206 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, US District Judge

Date of Original Sentence: April 16, 2024

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) and (b)(1)(c) | | |
| Original Sentence: | Prison - 27 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(07/09/2025) | Prison - 2 months<br>TSR - 34 months | | |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: | August 7, 2025 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | June 6, 2028 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on September 15, October 1 and 20, 2025.

On August 7, 2025, the probation officer reviewed the conditions of supervised release with the offender and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the U.S. Probation Office for his scheduled appointment on October 20, 2025. |
| | On October 16, 2025, this officer spoke to the offender via telephone and instructed him to report to the U.S. Probation Office at 9 a.m., on October 20, 2025.  Mr. Judge failed to report for his scheduled appointment. |
| | Approximately 6 hours after he failed to report for the above-referenced appointment, Mr. Judge reported to the U.S. Probation Office; however, he abruptly left the office before meeting with a probation officer. |

Prob12C
Re: Judge, Zack Jay
October 22, 2025
Page 2

| | | |
|---|---|---|
| | 9 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the U.S. Probation Office as instructed on October 21, 2025.

On October 20, 2025, this officer attempted to contact the offender via telephone. The undersigned was unable to leave a voicemail; however, a text message was sent to Mr. Judge instructing him to report to the U.S. Probation Office at 9 a.m., on October 21, 2025. He failed to report as instructed.

It should be noted, on October 21, 2025, this officer received a telephone call from the offender's mother. She stated she drove Mr. Judge to the U.S. Probation Office on October 21, 2025, to meet with the undersigned. She further advised that he failed to enter the building and observed him leaving the area on foot.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 22, 2025

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.

Thomas O. Rice

Signature of Judicial Officer

October 22, 2025

Date