PROB 12C
(6/16)

Report Date:  October 27, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2025

SEAN F. McAVOY, CLERK
ECF No. 35

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Zack Jay Judge         Case Number: 0980 2:25CR00090-TOR-1

Address of Offender: ███████████████████████████ Spokane, WA 99260

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: April 16, 2024

| | | |
|---|---|---|
| Original Offense: | Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) and (b)(1)(c) | |
| Original Sentence: | Prison - 27 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(07/09/2025) | Prison - 2 months<br>TSR - 34 months | |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: August 7, 2025 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: June 6, 2028 |

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on September 15, October 1, 20 and 22, 2025.

On August 7, 2025, the probation officer reviewed the conditions of supervised release with the offender and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| 11 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: The offender is alleged to have violated mandatory conditions number 1 and 2, by committing the offense of Possession of a Controlled Substance, in violation of R.C.W. 69.50.4013.1A, on or about October 24, 2025.

According to Spokane County sheriff incident report number 2025-10152442, on October 24, 2025, a traffic stop was conducted on a vehicle after law enforcement observed that the three occupants were not wearing their seatbelts.  Mr. Judge was in the front passenger seat

Prob12C
**Re: Judge, Zack Jay**
**October 27, 2025**
**Page 2**

of the vehicle and he cooperated by providing law enforcement with his identification. The officer observed Mr. Judge place a black fanny pack on the floorboard of the vehicle. When asked if there were any weapons inside the fanny pack, Mr. Judge stated there were no weapons, but there was a small amount of methamphetamine. Subsequently, warrant checks were conducted on all three individuals in the car, which revealed that the offender had an outstanding federal warrant. Additionally, the occupant in the rear passenger seat had an active warrant for robbery.

Subsequently, both parties were placed under arrest. During a search incident to arrest, a small clear bag with a crystalline substance was located in the front pocket of the offender's pants. Mr. Judge informed law enforcement that he thought this substance was in the fanny pack. The substance tested presumptive positive for methamphetamine and weighed approximately 2.9 grams. The officer also located a small substance wrapped multiple times in plastic wrap on the offender's person. Mr. Judge informed the officer that the substance was not his, nor were the pants he was wearing. Due to the possibility that the substance was fentanyl powder, it was not tested and was seized as evidence, along with the methamphetamine.

Mr. Judge was booked into the Spokane County Jail and charged with possession of a controlled substance, Spokane County District Court case number 5A0810901. He is scheduled for an arraignment hearing on November 3, 2025.

12      **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 8, by having contact with a convicted felon and interacting with an individual who had an outstanding felony warrant on or about October 24, 2025.

According to Spokane County sheriff incident report number 2025-10152442, on October 24, 2025, Mr. Judge was a passenger in a vehicle operated by an individual who is a convicted felon. The third occupant of the vehicle also had an outstanding felony warrant for robbery.

Mr. Judge did not have permission from the probation officer to associate with the aforementioned individuals.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      October 27, 2025

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
**Re: Judge, Zack Jay**
**October 27, 2025**
**Page 3**

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]   Defendant to appear before the Judge assigned to the
        case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Thomas O. Rice

Thomas O. Rice
United States District Judge

October 28, 2025

Date