PROB 12C
(6/16)

Report Date: September 4, 2026

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 08, 2026

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Zack Jay Judge — Case Number: 0980 2:25CR00090-TOR-1

Address of Offender: [redacted], Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: April 16, 2024

| | | |
|---|---|---|
| Original Offense: | Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) and (b)(1)(c) | |
| Original Sentence: | Prison - 27 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 9, 2025) | Prison - 2 months<br>TSR - 34 months | |
| Revocation Sentence:<br>(January 7, 2026) | Prison - 10 months<br>TSR - 24 months | |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: July 31, 2026 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: July 30, 2028 |

---

**PETITIONING THE COURT**

To issue a warrant.

On August 5, 2026, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

1 <u>**Mandatory Condition #3:**</u> You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

<u>**Supporting Evidence:**</u> The offender is alleged to have violated mandatory condition number 3, by ingesting a controlled substance, methamphetamine and amphetamine, on or about August 28, 2026.

On August 28, 2026, the offender submitted a urine specimen at the residential reentry center (RRC) that was presumptive positive for methamphetamine and amphetamine.

On September 3, 2026, the above-referenced urine specimen was confirmed positive for methamphetamine and amphetamine.

2 **Standard Condition # 4:** You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 4, by being untruthful regarding his drug use when questioned by the probation officer on or about September 4, 2026.

On September 4, 2026, this officer made contact with the offender at the RRC. At that time, the probation officer asked him if he had used any illicit substance and he denied use.

As noted in violation number 1, the offender submitted a urine specimen on August 28, 2026, that was confirmed positive for methamphetamine and amphetamine. As such, he was not truthful with the probation officer when questioned about his drug use.

3 **Special Condition # 2**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: The offender is alleged to have violated special condition number 2, by failing to abide by the rules and requirements of the RRC. Additionally, his RRC placement was terminated on or about September 4, 2026.

As noted in violation number 1, the offender submitted a urine specimen on August 28, 2026, that was confirmed positive for methamphetamine and amphetamine. As such, he was not truthful with the probation officer when questioned about his drug use.

On September 4, 2026, this officer received email correspondence from the RRC advising the offender's placement at the facility was terminated due to the positive urinalysis test collected on August 28, 2026. Additionally, the probation officer was notified that the offender violated RRC rules by failing to take his prescribed medication.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 4, 2026

s/ Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

September 8, 2026

Date